# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                            CASE NO. 3:07cr70-01/RV

SHAVELL LAMONT BARNWELL

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on  May 24, 2007
Motion/Pleadings:  Motion to Unseal Indictment
Filed by  United States  on 5/24/2007  Doc.#  7
RESPONSES:
                                        on            Doc.#
                                        on            Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                          s/Jerry Marbut
LC (1 OR 2)                    Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  24th  day of  May , 2007, that:*

*(a) The relief requested is GRANTED.*
*(b) _____*

                                          /s/ *Roger Vinson*
                                          *ROGER VINSON*
                          *Senior United States District Judge*